THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEO J. ALEXANDER, Appellant.

Argued October 11, 1944; decided November 30, 1944.

*Samuel J. Joseph* and *Irwin M. Levy* for appellant.

*Frank Hogan, District Attorney (Whitman Knapp, Richard G. Denzer, Edward T. Perry* and *Irving Slonim* of counsel), for respondent.

Judgment affirmed; no opinion. (See 294 N. Y. 651.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.